**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7328

THOMAS T. DILLARD, JR.,

Petitioner - Appellant,

versus

MICHAEL BUMGARNER, Correctional Administrator
I (NCI); MICHAEL F. EASLEY,

Respondents - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-99-270-1-1-MU)

Submitted: November 9, 2000            Decided: December 4, 2000

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Thomas T. Dillard, Jr., Appellant Pro Se. Michael F. Easley,
Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH
CAROLINA, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas T. Dillard, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We grant Dillard's motion to amend his informal brief and consider the issues raised therein. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Dillard v. Bumgarner, No. CA-99-270-1-1-MU (W.D.N.C. Sept. 6, 2000). In addition, we deny petitioner's motion for appointment of counsel. We also deny Dillard's request for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED